ANOOP PRASAD (#250681)
JINGNI (JENNY) ZHAO (#284684)
KEVIN CHUN HOI LO (#278908)
ASIAN AMERICANS ADVANCING JUSTICE –
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: (415) 896-1701
Fax: (415) 896-1702
Email: anoopp@advancingjustice-alc.org

Attorneys for Petitioner SITHTHAR BIN

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SITHTHAR BIN,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>DAVID W. JENNINGS, Field Office Director, San Francisco Field Office, United States Immigration and Customs Enforcement; SARAH R. SALDAÑA, Director, United States Immigration and Customs Enforcement; JEH JOHNSON, Secretary, United States Department of Homeland Security; LORETTA LYNCH, United States Attorney General; and SCOTT R. JONES, Sheriff of Sacramento County,<br><br>　　　　　　　Respondents. | Case No. 3:16-cv-07192<br><br>**NOTICE OF APPEARANCE OF JINGNI (JENNY) ZHAO** |

Pursuant to Local Rule 5-1(c)(2)(A), Petitioner hereby provides notice that Jingni (Jenny) Zhao is admitted to practice in this Court and appears in this case as counsel for Petitioner Siththar Bin.

Dated: December 15, 2016　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　 */s/ Jingni Zhao*
　　　　　　　　　　　　　　　　　　JINGNI (JENNY) ZHAO

　　　　　　　　　　　　　　　　　　Attorney for Petitioner SITHTHAR BIN